TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00474-CV







Pantera Energy Company, Appellant


v.


Railroad Commission of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. GN103473, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING






PER CURIAM

 The parties have filed an agreed motion to abate the appeal for at least 120 days. We
grant the motion and abate the appeal until January 17, 2003. The parties are ordered to submit a
status report by January 10, 2003.


Before Chief Justice Aboussie, Justices Patterson and Puryear

Filed: October 7, 2002

Do Not Publish